IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR449 |
| | ) | |
| JEFFREY R. OLSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Unopposed Motion to Continue Evidentiary Hearing and to Set Change of Plea Hearing [23].  The motion will be granted and the previously scheduled evidentiary hearing on the Motion to Suppress Evidence [19] is hereby cancelled.

    IT IS SO ORDERED.

    DATED this 18th day of March, 2008.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge